UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEATHERSTONE FOODS, INC., SESAME DISTRIBUTION, INC., and JOEL SCHONFELD,<br><br>        Plaintiffs,<br><br>  -against-<br><br>FEATHERSTONE DISTRIBUTION LLC,<br><br>        Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/19/2020<br><br>1:20-cv-05763-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of New York.

**SO ORDERED**

Dated: August 19, 2020
   New York, New York

                 _____
                 MARY KAY VYSKOCIL
                 United States District Judge

1